# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MICHAEL ALESSIO | : | No. 586 EAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| I-FLOW CORPORATION, A/K/A I-FLOW, | : | |
| LLC, KIMBERLY-CLARK, A/K/A | : | |
| KIMBERLY-CLARK CORPORATION, | : | |
| SETH R. KRUM, D.O., PENNSYLVANIA | : | |
| ORTHOPEDIC ASSOCIATES, INC., | : | |
| RICHARD STRULSON, M.D. | : | |
| | : | |
| | : | |
| PETITION OF: SETH D. KRUM, D.O., | : | |
| PENNSYLVANIA ORTHOPEDIC | : | |
| ASSOCIATES, INC. | : | |
| | | |
| MICHAEL ALESSIO | : | No. 35 EAL 2018 |
| | : | |
| | : | |
| | : | |
| v. | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| I-FLOW CORPORATION, A/K/A I-FLOW, | : | |
| LLC, KIMBERLY-CLARK, A/K/A | : | |
| KIMBERLY-CLARK CORPORATION, | : | |
| SETH R. KRUM, D.O., PENNSYLVANIA | : | |
| ORTHOPEDIC ASSOCIATES, INC., | : | |
| RICHARD STRULSON, M.D. | : | |
| | : | |
| | : | |
| PETITION OF: RICHARD STRULSON, | : | |
| D.O. | : | |

# <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.